

FILED
CLERK, U.S. DISTRICT COURT

JUN — 5 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

14-1119 M

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER |
| ) | HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | Allegations of Violations of Probation |
| Jordi Astudillos ) | Supervised Release) |
| ) | Conditions of Release) |
| Defendant. ) | |

On arrest warrant issued by a United States District Court involving alleged

violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will

reasonably assure:

   (A)  (✓)   the appearance of defendant as required; and/or

   (B)  ( )   the safety of any person or the community.

//

//

The court concludes:

A.  ( )  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _Reg Perm_ 

_____

_____

_____

(B)  ( )  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____

_____

_____

_____

     IT IS ORDERED that defendant be detained.

DATED: _6/4/11_

STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE